```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10CR0313 LJO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION RE: |
| ) | CHANGE OF PLEA AND ORDER |
| JUAN GARCIA-GALVEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant JUAN GARCIA-GALVEZ, by and through his attorney, RICHARD BESHWATE, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to set the

////

////

////

////

////

////

1

above-captioned matter for a change of plea on Monday, January 23, 2012, at 1:00 p.m.

DATED: January 11, 2012                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                           By: /s/ Karen A. Escobar
                                              KAREN A. ESCOBAR
                                              Assistant U.S. Attorney


                                           /s/ Richard Beshwate
                                           RICHARD BESHWATE
                                           Attorney for Defendant
                                           JUAN GARCIA-GALVEZ

O R D E R

Having read and considered the foregoing stipulation,

This matter shall be set for a change of plea on Monday, January 23, 2012, at 1 p.m.

IT IS SO ORDERED.

**Dated:   January 12, 2012**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

2